# Court of Appeals
# of the State of Georgia

ATLANTA, <u>November 02, 2015</u>

*The Court of Appeals hereby passes the following order:*

## A16D0077. WILLIE SUGGS et al. v. NAJARIAN HOLDINGS, LLC.

This dispossessory proceeding commenced in magistrate court. Following an unfavorable ruling, Willie and Jonita Suggs appealed to superior court. The superior court entered an order and writ of possession in favor of Najarian Holdings, but it reserved the remaining issues for trial, directing the calendar clerk to place the case on a trial calendar within two months. As issues between the Suggses and Najarian Holdings remain pending before the trial court, no final judgment has been entered in this case and the interlocutory appeal procedures set forth in OCGA § 5-6-34 (b) were required to appeal the trial court's order. Willie and Jonita Suggs's failure to comply with the interlocutory appeal procedures deprives this Court of jurisdiction to consider this appeal. Accordingly, this appeal is ordered DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, <u>11/02/2015</u>
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*